IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

UTILITY LINE SECURITY, LLC,   Bankruptcy No. 11-21630-JKF

Debtor.   Chapter 11

Document No.

## REQUEST FOR NOTICES AND SERVICE OF PAPERS

Please take notice that Farbarik Plumbing, a party in interest in the above captioned case, by and through its Counsel Robert O Lampl, hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the person at the following address and that the following name and address be added to the Mailing Matrix:

Robert O Lampl
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)

## DECLARATION IN LIEU OF AFFIDAVIT

I am Robert O Lampl, a party in interest in the above captioned case. I hereby request that the above address be added to the matrix.

Dated: April 4, 2011   /s/ *Robert O Lampl*
   ROBERT O LAMPL
   PA I.D. #19809
   JOHN P. LACHER
   PA I.D. #62297
   960 Penn Avenue, Suite 1200
   Pittsburgh, PA 15222
   (412) 392-0330 (phone)
   (412) 392-0335 (facsimile)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

UTILITY LINE SECURITY, LLC,   Bankruptcy No. 11-21630-JKF

Debtor.   Chapter 11

Document No.

## CERTIFICATE OF SERVICE

I, Robert O Lampl and John P. Lacher, hereby certify, that on the 4th day of April. 2011, I served a true and correct copy of the foregoing **REQUEST FOR NOTICES AND SERVICE OF PAPERS** upon the following *(via electronic service)*:

| | |
|---|---|
| Joseph M. Fornari<br>Office of the U.S. Trustee<br>1001 Liberty Avenue<br>Suite 970<br>Pittsburgh, PA 15222 | Kirk B. Burkey<br>Robert S. Bernstein<br>Bernstein Law Firm PC<br>2200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |

/s/ *Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lamllaw.com