B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Utility Line Security, LLC**  
Debtor(s)

Case No. **11-21630**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Farbarik Plumbing**<br>**3315 Hills Church Road**<br>**Export, PA 15632** | **Farbarik Plumbing**<br>**3315 Hills Church Road**<br>**Export, PA 15632** | **Trade debt** | **Disputed** | 155,807.42 |
| **Kept Co.**<br>**1216 Evergreen Avenue**<br>**Pittsburgh, PA 15209** | **Kept Co.**<br>**1216 Evergreen Avenue**<br>**Pittsburgh, PA 15209** | **Trade debt** | **Disputed** | 138,425.57 |
| **Terry's Plumbing**<br>**3227 Babcock Boulevard**<br>**Pittsburgh, PA 15237** | **Terry's Plumbing**<br>**3227 Babcock Boulevard**<br>**Pittsburgh, PA 15237** | **Trade debt** | **Disputed** | 121,227.13 |
| **Mercurio Plumbing**<br>**1042 Princeton Road**<br>**Pittsburgh, PA 15205** | **Mercurio Plumbing**<br>**1042 Princeton Road**<br>**Pittsburgh, PA 15205** | **Trade debt** | **Disputed** | 91,762.22 |
| **Vortex**<br>**1236 High Street**<br>**Pittsburgh, PA 15212** | **Vortex**<br>**1236 High Street**<br>**Pittsburgh, PA 15212** | **Trade debt** | **Disputed** | 69,948.62 |
| **Chuck Alesio Contracting**<br>**2119 Whitaker Way**<br>**Homestead, PA 15120** | **Chuck Alesio Contracting**<br>**2119 Whitaker Way**<br>**Homestead, PA 15120** | **Trade debt** | **Disputed** | 45,858.00 |
| **Michael F. Poremski**<br>**41 Glenbury Street**<br>**Pittsburgh, PA 15234** | **Michael F. Poremski**<br>**41 Glenbury Street**<br>**Pittsburgh, PA 15234** | **Trade debt** | **Disputed** | 41,148.89 |
| **Geiger Plumbing**<br>**4018 Rear Route 130**<br>**Irwin, PA 15642** | **Geiger Plumbing**<br>**4018 Rear Route 130**<br>**Irwin, PA 15642** | **Trade debt** | **Disputed** | 36,721.50 |
| **A. Deleno Sewage Line**<br>**6801 Kevin Drive**<br>**Bethel Park, PA 15102** | **A. Deleno Sewage Line**<br>**6801 Kevin Drive**<br>**Bethel Park, PA 15102** | **Trade debt** | **Disputed** | 36,322.89 |
| **Dr. Drain**<br>**5056 Brownsville Road**<br>**Pittsburgh, PA 15236** | **Dr. Drain**<br>**5056 Brownsville Road**<br>**Pittsburgh, PA 15236** | **Trade debt** | **Disputed** | 10,380.00 |
| **Marc J. Puharic**<br>**2317 N. Charles Street**<br>**Pittsburgh, PA 15214** | **Marc J. Puharic**<br>**2317 N. Charles Street**<br>**Pittsburgh, PA 15214** | **Trade debt** | **Disputed** | 5,792.14 |

B4 (Official Form 4) (12/07) - Cont.

In re **Utility Line Security, LLC** Case No. **11-21630**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PA Department of Revenue<br>11 Stanwix Street<br>Room 310<br>Pittsburgh, PA 15222 | PA Department of Revenue<br>11 Stanwix Street<br>Room 310<br>Pittsburgh, PA 15222 | | | 1,632.00 |
| Lally & Co<br>5700 Corporate Dr. #800<br>Pittsburgh, PA 15237 | Lally & Co<br>5700 Corporate Dr. #800<br>Pittsburgh, PA 15237 | | | 1,280.00 |
| AT&T<br>PO Box 6463<br>Carol Stream, IL 60197 | AT&T<br>PO Box 6463<br>Carol Stream, IL 60197 | Utility | | 422.32 |
| Verizon<br>PO Box 15026<br>Albany, NY 12212 | Verizon<br>PO Box 15026<br>Albany, NY 12212 | Utility | | 218.49 |
| Century Link<br>PO Box 1320<br>Charlotte, NC 28201 | Century Link<br>PO Box 1320<br>Charlotte, NC 28201 | Trade debt | | 179.24 |
| PA Dept. of Revenue<br>11 Stanwix Street<br>310<br>Pittsburgh, PA 15222 | PA Dept. of Revenue<br>11 Stanwix Street<br>310<br>Pittsburgh, PA 15222 | | | 157.00 |
| Forest Hills Borough<br>2071 Ardmore Blvd.<br>Pittsburgh, PA 15221 | Forest Hills Borough<br>2071 Ardmore Blvd.<br>Pittsburgh, PA 15221 | | | 50.00 |
| Jordan Tax Services, Inc.<br>102 Rahway Road<br>Canonsburg, PA 15317 | Jordan Tax Services, Inc.<br>102 Rahway Road<br>Canonsburg, PA 15317 | | | 43.51 |
| Ford Business Machines<br>10475 Perry Highway #102G<br>Wexford, PA 15090 | Ford Business Machines<br>10475 Perry Highway #102G<br>Wexford, PA 15090 | Trade debt | | 37.73 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 15, 2011**    Signature **/s/ Christopher Kerr**
**Christopher Kerr**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.