

8289

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Utility Line Security, LLC

Case No. 11-21630-JKF
Reporting Period: _____ APRIL 2011

## ✓ MONTHLY OPERATING REPORT
### File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____5/19/11_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

JAcob   N.   SKfZAS
Printed Name of Authorized Individual

SEC / TREAS.
Title of Authorized Individual

*Authorized Individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

# UTILITY LINE SECURITY, LLC, INC.
## Balance Sheet
### April 30, 2011

## ASSETS

| | | |
|---|---|---|
| **Current Assets** | | |
| MM Account 10-2792-8444 | $ 791,961.11 | |
| Checking Account 10-2801-9031 | 12,332.05 | |
| Payroll Account | 1,145.29 | |
| Total Current Assets | | 805,438.45 |
| **Property and Equipment** | | |
| Total Property and Equipment | | 0.00 |
| **Other Assets** | | |
| Land-Unimproved Lots | 1,300.00 | |
| Total Other Assets | | 1,300.00 |
| **Total Assets** | $ | 806,738.45 |

## LIABILITIES AND CAPITAL

| | | |
|---|---|---|
| **Current Liabilities** | | |
| Local Payroll Taxes Payable | $ (220.00) | |
| Total Current Liabilities | | (220.00) |
| **Long-Term Liabilities** | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | (220.00) |
| **Capital** | | |
| Retained Earnings | 200,802.42 | |
| Net Income | 606,156.03 | |
| Total Capital | | 806,958.45 |
| **Total Liabilities & Capital** | $ | 806,738.45 |

## UTILITY LINE SECURITY, LLC, INC.
### Income Statement
### For the Four Months Ending April 30, 2011

| | Current Month | | Year to Date | |
|---|---:|---:|---:|---:|
| **Revenues** | | | | |
| PWSA | $ 276,911.70 | 99.92 | $ 1,582,940.18 | 99.96 |
| Interest Income | 214.95 | 0.08 | 592.26 | 0.04 |
| **Total Revenues** | 277,126.65 | 100.00 | 1,583,532.44 | 100.00 |
| | | | | |
| **Cost of Sales** | | | | |
| Total Cost of Sales | 0.00 | 0.00 | 0.00 | 0.00 |
| **Gross Profit** | 277,126.65 | 100.00 | 1,583,532.44 | 100.00 |
| **Expenses** | | | | |
| Salary Expense | 15,560.50 | 5.61 | 37,750.02 | 2.38 |
| FIT | 3,764.52 | 1.36 | 14,729.42 | 0.93 |
| PR TAXES | 0.00 | 0.00 | 94.10 | 0.01 |
| ADP Fees | 172.41 | 0.06 | 563.46 | 0.04 |
| Auto Expenses | 1,742.78 | 0.63 | 5,677.32 | 0.36 |
| Employee Benefit Programs Exp | 419.94 | 0.15 | 1,259.82 | 0.08 |
| Insurance Expense | 4,394.56 | 1.59 | 15,472.67 | 0.98 |
| Legal and Accounting Expense | 325.00 | 0.12 | 30,864.64 | 1.95 |
| Maintenance & Repairs Exp | 1,300.00 | 0.47 | 1,300.00 | 0.08 |
| Meals Expense | 82.86 | 0.03 | 348.67 | 0.02 |
| Office Expense | 567.57 | 0.20 | 11,945.81 | 0.75 |
| Other Subcontrators Exp | 0.00 | 0.00 | 20,000.00 | 1.26 |
| Subcontractor (Geiger) | 0.00 | 0.00 | 909.31 | 0.06 |
| Subcontractor (A. Doleno) | 18,433.00 | 6.65 | 93,932.58 | 5.93 |
| Subcontractor (Poremski Plumb) | 0.00 | 0.00 | 39,217.82 | 2.48 |
| Subcontractor (Terry's Plumb) | 17,958.05 | 6.48 | 44,407.57 | 2.80 |
| Subcontractor (Geiger-SewSep) | 0.00 | 0.00 | 2,662.50 | 0.17 |
| Subcontractor (Kept Co.) | 32,854.17 | 11.86 | 76,445.04 | 4.83 |
| Subcontractor (1st Call) | 0.00 | 0.00 | 5,283.56 | 0.33 |
| Subcontractor (Mercurio) | 0.00 | 0.00 | 18,237.58 | 1.15 |
| Subcontractor (Campbell's) | 0.00 | 0.00 | 650.00 | 0.04 |
| Subcontractor (Alescio) | 0.00 | 0.00 | 37,459.50 | 2.37 |
| Subcontractor (Puharic) | 0.00 | 0.00 | 25,388.05 | 1.60 |
| Subcontractor (Doctor Drain) | 4,000.00 | 1.44 | 33,300.00 | 2.10 |
| Subcontractor (Farbarik) | 0.00 | 0.00 | 173,483.46 | 10.96 |
| Subcontractor (Vortex) | 40,607.94 | 14.65 | 171,364.20 | 10.82 |
| Subcontractor (Frank's Svs.) | 2,192.00 | 0.79 | 2,192.00 | 0.14 |
| Subcontractor (Terry-SewSep) | 0.00 | 0.00 | 66,415.26 | 4.19 |
| Real Estate Tax Expense | 0.00 | 0.00 | 46.10 | 0.00 |
| Plumbing Expense | 0.00 | 0.00 | 30,415.00 | 1.92 |
| Telephone Expense | 590.95 | 0.21 | 3,785.91 | 0.24 |
| Answering Service | 378.20 | 0.14 | 1,104.08 | 0.07 |
| Travel Expense | 0.00 | 0.00 | 3,615.88 | 0.23 |
| Rent-Office | 2,400.00 | 0.87 | 5,496.33 | 0.35 |
| Rent-Equipment | 335.90 | 0.12 | 839.75 | 0.05 |
| Postage & Freight Exp | 0.00 | 0.00 | 44.00 | 0.00 |
| Other Expense | 0.00 | 0.00 | 675.00 | 0.04 |
| **Total Expenses** | 148,080.35 | 53.43 | 977,376.41 | 61.72 |
| **Net Income** | $ 129,046.30 | 46.57 | $ 606,156.03 | 38.28 |

UTILITY LINE SECURITY, INC.  - BANK LEDGER SUMMARY

| DATE | DESCRIP | GENERAL MMA #10-2792-8444 | GENERAL OPER #10-2801-9031 | GENERAL PAYROLL #10-2801-9031 | TOTAL FUNDS AVAILABLE |
|---|---|---|---|---|---|
| SUB TOTAL | | $584,834.46 | $85,141.10 | $6,416.59 | $676,392.15 |
| 04/01/11 | TRF 04/01 PR | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB TOTAL | | $584,834.46 | $85,141.10 | $6,416.59 | $676,392.15 |
| 04/01/11 | 04/01 PR | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB TOTAL | | $584,834.46 | $85,141.10 | $6,416.59 | $676,392.15 |
| 04/01/11 | 04/01 PR CHECKS | $0.00 | $0.00 | ($5,206.83) | ($5,206.83) |
| SUB TOTAL | | $584,834.46 | $85,141.10 | $1,209.76 | $671,185.32 |
| 04/01/11 | 04/01 PR TAX | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB TOTAL | | $584,834.46 | $85,141.10 | $1,209.76 | $671,185.32 |
| 04/01/11 | 04/01 PR | $0.00 | $0.00 | ($64.47) | ($64.47) |
| SUB TOT/ ADP FEE | | $584,834.46 | $85,141.10 | $1,145.29 | $671,120.85 |
| 04/01/11 | 04/01 PAY | $0.00 | ($8,243.01) | $0.00 | ($8,243.01) |
| SUB TOT/ ck#1696-1700 | | $584,834.46 | $76,898.09 | $1,145.29 | $662,877.84 |
| 04/08/11 | 04/08 PAY | $0.00 | ($47,319.52) | $0.00 | ($47,319.52) |
| SUB TOT/ ck#1701-1706 | | $584,834.46 | $29,578.57 | $1,145.29 | $615,558.32 |
| 04/08/11 | DEP PWSA | $196,323.44 | $0.00 | $0.00 | $196,323.44 |
| SUB TOTAL | | $781,157.90 | $29,578.57 | $1,145.29 | $811,881.76 |
| 04/15/11 | TRF 04/15 PR | $0.00 | ($7,113.07) | $7,113.07 | $0.00 |
| SUB TOTAL | | $781,157.90 | $22,465.50 | $8,258.36 | $811,881.76 |
| 04/15/11 | 04/15 PR | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB TOTAL | | $781,157.90 | $22,465.50 | $8,258.36 | $811,881.76 |
| 04/15/11 | 04/15 PR CHECKS | $0.00 | $0.00 | ($5,176.84) | ($5,176.84) |
| SUB TOTAL | | $781,157.90 | $22,465.50 | $3,081.52 | $806,704.92 |
| 04/15/11 | 04/15 PR TAX | $0.00 | $0.00 | ($1,882.26) | ($1,882.26) |
| SUB TOTAL | | $781,157.90 | $22,465.50 | $1,199.26 | $804,822.66 |
| 04/15/11 | 04/15 PR | $0.00 | $0.00 | ($53.97) | ($53.97) |
| SUB TOT/ ADP FEE | | $781,157.90 | $22,465.50 | $1,145.29 | $804,768.69 |
| 04/13/11 | 04/13 PAY | $0.00 | ($14,000.00) | $0.00 | ($14,000.00) |
| SUB TOT/ ck#1707-1708 | | $781,157.90 | $8,465.50 | $1,145.29 | $790,768.69 |
| 03/21/11 | TRF PAY | ($40,000.00) | $40,000.00 | $0.00 | $0.00 |
| SUB TOTAL | | $741,157.90 | $48,465.50 | $1,145.29 | $790,768.69 |
| 04/19/11 | 04/19 PAY | $0.00 | ($28,602.79) | $0.00 | ($28,602.79) |
| SUB TOT/ ck#1709-1711 | | $741,157.90 | $19,862.71 | $1,145.29 | $762,165.90 |
| 04/25/11 | DEP PWSA | $80,588.26 | $0.00 | $0.00 | $80,588.26 |
| SUB TOTAL | | $821,746.16 | $19,862.71 | $1,145.29 | $842,754.16 |
| 04/29/11 | TRF 04/29 PR | $0.00 | ($7,113.06) | $7,113.06 | $0.00 |
| SUB TOTAL | | $821,746.16 | $12,749.65 | $8,258.35 | $842,754.16 |
| 04/29/11 | 04/29 PR | $0.00 | $0.00 | $8,258.35 | $0.00 |
| SUB TOTAL | | $821,746.16 | $12,749.65 | $8,258.35 | $842,754.16 |
| 04/29/11 | 04/29 PR CHECKS | $0.00 | $0.00 | ($5,176.83) | ($5,176.83) |
| SUB TOTAL | | $821,746.16 | $12,749.65 | $3,081.52 | $837,577.33 |
| 04/29/11 | 04/29 PR TAX | $0.00 | $0.00 | ($1,882.26) | ($1,882.26) |
| SUB TOTAL | | $821,746.16 | $12,749.65 | $1,199.26 | $835,695.07 |
| 04/29/11 | 04/29 PR | $0.00 | $0.00 | ($53.97) | ($53.97) |
| SUB TOT/ ADP FEE | | $821,746.16 | $12,749.65 | $1,145.29 | $835,641.10 |
| 04/28/11 | TRF PAY | ($30,000.00) | $30,000.00 | $0.00 | $0.00 |
| SUB TOTAL | | $791,746.16 | $42,749.65 | $1,145.29 | $835,641.10 |
| 04/27/11 | 04/19 PAY | $0.00 | ($27,305.41) | $0.00 | ($27,305.41) |

PAYROLL ACCT

| | |
|---|---|
| BOOK BAL | $5,350.78 |
| MY G/L | $1,145.29 |
| | $4,205.49 |
| 10011 | $1,023.16 |
| 10012 | $1,475.89 |
| 10013 | $1,373.74 |
| 10014 | $280.98 |
| 4/29 FEES | $53.97 |
| TOTAL | $4,207.64 |
| | ($2.15) |

UTILITY LINE SECURITY, INC. - BANK LEDGER SUMMARY

| DATE | DESCRIP | GENERAL MMA #10-2792-8444 | GENERAL OPER #10-2801-9031 | GENERAL PAYROLL #10-2801-9031 | TOTAL FUNDS AVAILABLE | | |
|---|---|---|---|---|---|---|---|
| SUB TOTA | ck#1712-1716 | $791,748.16 | $15,444.24 | $1,145.29 | $808,335.69 | | |
| 04/04/11 | DB CARD | $0.00 | ( $70.69) | $0.00 | ( $70.69) | | |
| SUB TOTA | GAS | $791,748.16 | $15,373.55 | $1,145.29 | $808,265.00 | | |
| 04/04/11 | DB CARD | $0.00 | ( $520.00) | $0.00 | ( $520.00) | | |
| SUB TOTA | LEAK DETEC | $791,748.16 | $14,853.55 | $1,145.29 | $807,745.00 | | |
| 04/04/11 | DB CARD | $0.00 | ( $62.80) | $0.00 | ( $62.80) | | |
| SUB TOTA | GAS | $791,748.16 | $14,790.75 | $1,145.29 | $807,682.20 | | |
| 04/04/11 | DB CARD | $0.00 | ( $59.69) | $0.00 | ( $59.69) | | |
| SUB TOTA | MEAL | $791,748.16 | $14,730.86 | $1,145.29 | $807,622.31 | | |
| 04/06/11 | DB CARD | $0.00 | ( $760.00) | $0.00 | ( $760.00) | | |
| SUB TOTA | LEAK DETEC | $791,748.16 | $13,950.86 | $1,145.29 | $806,842.31 | | |
| 04/07/11 | DB CARD | $0.00 | ( $81.74) | $0.00 | ( $81.74) | | |
| SUB TOTA | GAS | $791,748.16 | $13,889.12 | $1,145.29 | $806,760.57 | | |
| 04/07/11 | DB CARD | $0.00 | ( $55.16) | $0.00 | ( $55.16) | BOOK BAL | $56,318.62 |
| SUB TOTA | GAS | $791,748.16 | $13,833.96 | $1,145.29 | $806,725.41 | MY G/L | $12,332.05 |
| | | | | | | | $43,986.77 |
| 04/13/11 | DB CARD | $0.00 | ( $174.86) | $0.00 | ( $174.86) | | |
| SUB TOTA | AUTO | $791,748.16 | $13,659.08 | $1,145.29 | $806,550.63 | | |
| 04/13/11 | DB CARD | $0.00 | ( $28.26) | $0.00 | ( $28.26) | 1051 | $200.00 |
| SUB TOTA | OFFICE | $791,748.16 | $13,630.82 | $1,145.29 | $806,522.27 | 1091 | $1,065.30 |
| | | | | | | 1096 | $5,326.00 |
| 04/14/11 | DB CARD | $0.00 | ( $69.88) | $0.00 | ( $69.88) | 1108 | $210.00 |
| SUB TOTA | OFFICE | $791,748.16 | $13,561.14 | $1,145.29 | $806,452.59 | 1128 | $4,600.00 |
| | | | | | | 1218 | $3,300.00 |
| 04/15/11 | DB CARD | $0.00 | ( $102.00) | $0.00 | ( $102.00) | 1598 | $1,960.06 |
| SUB TOTA | GAS | $791,748.16 | $13,459.14 | $1,145.29 | $806,360.59 | | |
| 04/16/11 | DB CARD | $0.00 | ( $22.97) | $0.00 | ( $22.97) | 1712 | $7,388.00 |
| SUB TOTA | MEAL | $791,748.16 | $13,436.17 | $1,145.29 | $806,327.62 | 1713 | $2,192.00 |
| | | | | | | 1714 | $11,452.00 |
| 04/18/11 | DB CARD | $0.00 | ( $306.90) | $0.00 | ( $306.90) | 1715 | $5,948.41 |
| SUB TOTA | BALPH | $791,748.16 | $13,129.27 | $1,145.29 | $806,020.72 | 1716 | $325.00 |
| 04/18/11 | DB CARD | $0.00 | ( $59.65) | $0.00 | ( $59.65) | | |
| SUB TOTA | AUTO | $791,748.16 | $13,069.62 | $1,145.29 | $805,961.07 | | |
| 04/20/11 | DB CARD | $0.00 | ( $108.85) | $0.00 | ( $108.85) | | |
| SUB TOTA | GAS | $791,748.16 | $12,960.77 | $1,145.29 | $805,852.22 | | |
| 04/21/11 | DB CARD | $0.00 | ( $68.19) | $0.00 | ( $68.19) | | |
| SUB TOTA | GAS | $791,748.16 | $12,892.58 | $1,145.29 | $805,784.03 | | |
| 04/21/11 | DB CARD | $0.00 | ( $17.65) | $0.00 | ( $17.65) | | |
| SUB TOTA | OFFICE | $791,748.16 | $12,874.93 | $1,145.29 | $805,766.38 | | |
| 04/25/11 | DB CARD | $0.00 | ( $405.00) | $0.00 | ( $405.00) | | |
| SUB TOTA | AUTO | $791,748.16 | $12,469.93 | $1,145.29 | $805,361.38 | | |
| 04/27/11 | DB CARD | $0.00 | ( $68.88) | $0.00 | ( $68.88) | | |
| SUB TOTA | GAS | $791,748.16 | $12,401.05 | $1,145.29 | $805,292.50 | | |
| 04/29/11 | DB CARD | $0.00 | ( $69.00) | $0.00 | ( $69.00) | TOTAL | $43,986.77 |
| SUB TOTA | GAS | $791,748.16 | $12,332.05 | $1,145.29 | $805,223.50 | | |
| | | | | | | NET | $0.00 |
| **MONTH - END ADJUSTMENTS** | | | | | | | |
| 04/30/11 | INTEREST PAID | $214.95 | $0.00 | $0.00 | $214.95 | | |
| 04/30/11 | SERVICE CHARGE | $0.00 | $0.00 | $0.00 | $0.00 | | |
| SUB TOTAL | | $791,961.11 | $12,332.05 | $1,145.29 | $805,438.45 | | |

Utility Line Security, LLC
    Debtor

Case No. 11-21630-JKF

Reporting Period: _APRIL 2011_

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 669,978 | 6417 | | | 676,392 | | 676,392 | |
| RECEIPTS | | | | | | | | |
| CASH SALES | 277,127 | 14,226 | | | 291,353 | | 291,353 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | 947,103 | 20,643 | | | 967,746 | | 967,745 | |
| DISBURSEMENTS | | | | | | | | |
| NET PAYROLL | | 15561 | | | 15561 | | 15561 | |
| PAYROLL TAXES | | 3765 | | | 3765 | | 5641 | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/RENTAL/LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | 128583 | | | | 128583 | | 128802 | |
| ADP | | 172 | | | 172 | | 172 | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) To Payroll Acct | 14226 | | | | 14226 | | 14226 | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 142808 | 19498 | | | 162307 | | 164402 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 134319 | $272 | | | 129046 | | 126951 | |
| CASH - END OF MONTH | 804294 | 1145 | | | 805438 | | 803343 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | $ |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

Utility Line Security, LLC

Debtor

Case No. 11-21630-JKF

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* | | | | | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OTHER**

_____

_____

_____

_____

FORM MOR-1 (CONT)
(9/99)

Utility Line Security, LLC
                          Debtor

Case No. 11-21630-JKF
Reporting Period.: _____

# STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $  277,126.65 | $  277126.65 |
| Less: Returns and Allowances | | |
| Net Revenue | $ | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | 277,126.65 | 277126.65 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | 1742.78 | 1899.93 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | 419.94 | 419.94 |
| Insider Compensation* | | |
| Insurance | 4394.56 | 4394.56 |
| Management Fees/Bonuses | | |
| Office Expense | 3580.48 | 3580.48 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 116045.16 | 116045.16 |
| Rent and Lease Expense | 2400.00 | 2400.00 |
| Salaries/Commissions/Fees | 15560.50 | 15560.50 |
| Supplies | | |
| Taxes - Payroll | 3762.52 | 5640.48 |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule)          ADP | 172.41 | 233.46 |
| Total Operating Expenses Before Depreciation | 148080.35 | 130,175.51 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 129046.30 | 126951.14 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $  129046.30 | $  126951.14 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | | Month | Cumulative Filing to Date |
|---|---|---|---|
| **Other Costs** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Operational Expenses** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Income** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Expenses** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Reorganization Expenses** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (CON'T)
(9/99)

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets *(attach schedule)* | | |
| *TOTAL CURRENT ASSETS* | $ | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets *(attach schedule)* | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable *(refer to FORM MOR-4)* | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities *(attach schedule)* | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | $ | $ |
| *TOTAL LIABILITIES* | $ | $ |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity *(attach schedule)* | | |
| Postpetition Contributions (Distributions) (Draws) *(attach schedule)* | | |
| *NET OWNER EQUITY* | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(9/99)

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash: cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated
            into a separate account, such as an escrow account.

Utility Line Security, LLC
                    Debtor

Case No. 11-21630-JKF
Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 50000. |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 50 000. |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |


**For the period 04/01/2011 to 04/20/2011**

050257

 UTILITY LINE SECURITY LLC
DEBTOR IN POSSESSION
1001 ARDMORE BLVD
PITTSBURGH PA 15221-5233

Primary account number: 10-2792-8444
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

**IMPORTANT NOTICE FOR CUSTOMERS USING A CREDIT CARD FOR OVERDRAFT PROTECTION**

Effective April 30, 2011, when a credit card is used as overdraft protection for your checking account, the available credit balance of the credit card will be available for nightly processing of items and for point-of-sale and ATM overdrafts (online authorizations).

---

## Business Premium Money Market Summary

Account number: 10-2792-8444
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Utility Line Security Llc
Debtor In Possession

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 584,834.46 | 277,126.65 | 70,000.00 | 791,961.11 |
| | | Average ledger balance | Average collected balance |
| | | 733,188.66 | 733,188.66 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 0.37% | 29 | 733,188.66 | 214.95 | 592.26 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 276,911.70 |
| Other Additions | 1 | 214.95 |
| Total | 3 | 277,126.65 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Other Deductions | 2 | 70,000.00 |
| Total | 2 | 70,000.00 |



# Business Premium Money Market

📠 For 24-hour account information, sign on to
pnc.com/mybusiness/

Business Premium Money Market Account number: 10-2792-8444 - continued

**For the period 04/01/2011 to 04/29/2011**
UTILITY LINE SECURITY LLC
Primary account number: 10-2792-8444
Page 2 of 3

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 04/01 | 584,854.46 | 04/21 | 741,157.90 | 04/28 | 791,746.16 |
| 04/08 | 781,157.90 | 04/25 | 821,746.16 | 04/29 | 791,961.11 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 04/08 | 196,323.44 | Deposit | 134139427 |
| 04/25 | 80,588.26 | Deposit | 134080941 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 04/29 | 214.95 | Interest Payment | LGEN11104290004080 |

### Checks and Other Deductions

#### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|-------------|--------|-------------------------|---|------------------|
| 04/21 | 40,000.00 | Online Transfer To | 0000001028019031 | UTILITY LINE SE |
| 04/28 | 30,000.00 | Twh Transfer To | 1028019031 | TWH 738772 |

FORM195R

# Free Business Checking
PNC Bank

 **PNC BANK**

**For the period 04/01/2011 to 04/29/2011**

Primary account number: 10-2801-9031
Page 1 of 4
Number of enclosures: 0

050256


UTILITY LINE SECURITY LLC
DEBTOR IN POSSESSION
1001 ARDMORE BLVD
PITTSBURGH PA 15221-5233

For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

🖥 Visit us at pnc.com/mybusiness/

📠 TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

**IMPORTANT NOTICE FOR CUSTOMERS USING A CREDIT CARD FOR OVERDRAFT PROTECTION**

Effective April 30, 2011, when a credit card is used as overdraft protection for your checking account, the available credit balance of the credit card will be available for nightly processing of items and for point-of-sale and ATM overdrafts (online authorizations).

---

## Free Business Checking Summary

Account number: 10-2801-9031
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Utility Line Security Llc
Debtor In Possession

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 101,822.46 | 70,000.00 | 115,503.64 | 56,318.82 |
| | | | Average ledger balance | Average collected balance |
| | | | 67,202.60 | 67,202.60 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 2 | 70,000.00 |
| **Total** | **2** | **70,000.00** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 17 | 98,165.32 |
| Check Card Purchases | 15 | 2,672.78 |
| POS Purchases | 5 | 439.41 |
| Other Deductions | 2 | 14,226.13 |
| **Total** | **39** | **115,503.64** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | 101,822.46 | 04/05 | 100,329.08 | 04/07 | 94,848.47 |
| 04/04 | 101,109.08 | 04/06 | 95,556.32 | 04/08 | 94,428.53 |



# Free Business Checking

🖥 For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 10-2801-9031 - continued

**For the period 04/01/2011 to 04/29/2011**
UTILITY LINE SECURITY LLC
Primary account number: 10-2801-9031
Page 2 of 4

## Daily Balance   - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 04/11 | 76,470.48 | 04/18 | 38,153.14 | 04/25 | 33,569.76 |
| 04/12 | 69,298.05 | 04/19 | 25,108.14 | 04/26 | 26,456.70 |
| 04/13 | 66,694.91 | 04/20 | 22,999.29 | 04/27 | 26,387.82 |
| 04/14 | 66,625.23 | 04/21 | 62,577.55 | 04/28 | 56,387.82 |
| 04/15 | 66,500.26 | 04/22 | 47,910.38 | 04/29 | 56,318.82 |

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|-------------|--------|-------------------------|---|------------------|
| 04/21 | 40,000.00 | Online Transfer From | 0000001027928444 | UTILITY LINE SE |
| 04/28 | 30,000.00 | Twh Transfer From | 1027928444 | TWH 738772 |

### Checks and Other Deductions

#### Checks and Substitute Checks      * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 04/12 | 1695 | 59.36 | 071775960 | 04/06 | 1700 | 4,394.56 | 078362900 | 04/18 | 1706 | 477.21 | 070542356 |
| 04/07 | 1696 | 590.95 | 075728525 | 04/21 | 1701 | 335.90 | 073470776 | 04/18 | 1707 | 10,000.00 | 070823266 |
| 04/06 | 1697 | 376.20 | 073615635 | 04/11 | 1702 | 17,958.05 | 070807680 | 04/19 | 1708 | 4,000.00 | 071874100 |
| 04/08 | 1698 | 419.94 | 076790574 | 04/19 | 1703 | 11,045.00 | 071016701 | 04/25 | 1709 | 44.45 | 077777066 |
| 04/19 | 1699 | 2,400.00 | 072987978 | 04/18 | 1704 | 10,788.36 | 076029267 | 04/25 | 1710 | 18,891.17 | 070760149 |
| | | | | 04/18 | 1705 | 6,755.00 | 070502051 | 04/22 | 1711 | 14,667.17 | 075569551 |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 04/04 | 520.00 | 4191 Check Card Purchase American Leak Detectio 4128596000  PA | 709986001022341910999 |
| 04/04 | 52.80 | 8771 Check Card Purchase Crabtree Gas & Go Crabtree PA | 7610086005784877109 |
| 04/04 | 59.89 | 8771 Check Card Purchase Dino's Sports Lounge Latrobe PA | 7800086005784877109 |
| 04/05 | 780.00 | 4191 Check Card Purchase American Leak Detectio 4128596000  PA | 70956800192541910005 |
| 04/07 | 61.74 | 8771 Check Card Purchase Crabtree Gas & Go Crabtree PA | 6996486005784877109 |
| 04/13 | 28.26 | 4191 Check Card Purchase Wal-Mart #2588 North Versa PA | 62155860019254191109 |
| 04/15 | 102.00 | 4191 Check Card Purchase Get Go #3106 Wilkinsburg PA | 4307886001925419110 |
| 04/15 | 22.97 | 8771 Check Card Purchase Drews Family Restauran Pittsburgh  PA | 4666886005784877110 |
| 04/18 | 306.90 | 4191 Check Card Purchase Wg Balph Co 412-73110 | 7774686001925419110 |
| 04/18 | 59.65 | 8771 Check Card Purchase Glass Mart #216 Wilkinsburg PA | 8154286005784877110 |
| 04/20 | 108.85 | 4191 Check Card Purchase Get Go #3106 Wilkinsburg PA | 20305860019254191110 |
| 04/21 | 68.19 | 8771 Check Card Purchase Cogo's #14  Export PA | 7217386005784877111 |
| 04/21 | 17.65 | 4191 Check Card Purchase Beall's Nursery 412-7936147 PA | 67491860019254191111 |
| 04/25 | 405.00 | 8771 Check Card Purchase Hi-Tech Electronics Sv Van Nuys Ca | 4283786005784877111 |
| 04/27 | 68.88 | 8771 Check Card Purchase Sheetz  Irwin PA | 1525686005784877111 |

### POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 04/04 | 70.69 | POS Purchase Bfs Foods #30 Morgantown WV | POS82097802 0688761 |
| 04/07 | 55.16 | POS Purchase Sunoco 0363424 Greensburg PA | POS65340701 0251035 |

ATM Withdrawals and Deductions continued on next page

FORM146R

# Free Business Checking

**PNC BANK**

**For the period 04/01/2011 to 04/29/2011**
UTILITY LINE SECURITY LLC
Primary account number: 10-2801-9031

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 10-2801-9031 - continued | Page 3 of 4

## POS Purchases — *continued*

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 04/13 | 174.88 | POS Purchase Pepboys Store Greensburg PA | POS001 | 0238864 |
| 04/14 | 69.68 | POS Purchase Giant Eagle In Monroeville | POS19000592 | 0251046 |
| 04/29 | 69.00 | POS Purchase Sunoco 0363424 Greensburg PA | POS65840701 | 0302031 |

## Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 04/12 | 7,113.07 | Online Transfer To | 0000001031135279 | UTILITY LINE SE |
| 04/26 | 7,113.06 | Online Transfer To | 0000001031135279 | UTILITY LINE SE |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 05/02/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/29/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 17 | .00 | Included In Account |
| Checks Paid | 17 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk (*) will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement $ _____
Add deposits and other additions not recorded      Total A + $ _____

Subtotal= $ _____
Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance  = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## Electronic Funds Transfers

In case of errors or questions about your electronic transfers or if you need more information about a transfer, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement. Or, if you prefer, please write us at: Customer Service, P.O. Box 609, Pittsburgh, PA 15230-0609. If you believe there is a problem, you must contact us no later than 60 days after the ending date of the first statement on which the error or problem appeared. You will need to provide the following information:
* Your name and account number(s);
* A description of the error or the transfer you are questioning. Please explain as clearly as you can why you need more information or why you believe an error was made;
* The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If the investigation takes longer than 10 business days, we will credit your account for the amount you think is in error, so that you will have use of the funds during the time it takes us to complete our investigation.

Member FDIC           Equal Housing Lender

# Free Business Checking
PNC Bank


**PNC BANK**

058259


UTILITY LINE SECURITY LLC
PAYROLL ACCOUNT
DEBTOR IN POSSESSION
1001 ARDMORE BLVD
PITTSBURGH PA 15221-5233

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

🖥 Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT NOTICE FOR CUSTOMERS USING A CREDIT CARD FOR OVERDRAFT PROTECTION

Effective April 30, 2011, when a credit card is used as overdraft protection for your checking account, the available credit balance of the credit card will be available for nightly processing of items and for point-of-sale and ATM overdrafts (online authorizations).

---

## Free Business Checking Summary

Account number: 10-3113-5279

Overdraft Protection Provided By:**Contact PNC to establish Overdraft Protection**

Utility Line Security Llc
Payroll Account

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 6,416.24 | 14,226.13 | 15,291.59 | 5,350.78 |
| | | | Average ledger balance | Average collected balance |
| | | | 3,598.55 | 3,598.55 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 2 | 14,226.13 |
| Total | 2 | 14,226.13 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 11 | 11,406.83 |
| ACH Deductions | 3 | 120.24 |
| Other Deductions | 2 | 3,764.52 |
| Total | 16 | 15,291.59 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | 5,393.08 | 04/07 | 1,144.94 | 04/15 | 3,874.90 |
| 04/04 | 3,606.31 | 04/12 | 8,258.01 | 04/18 | 2,501.16 |
| 04/05 | 2,282.57 | 04/13 | 8,256.21 | 04/19 | 1,477.99 |
| 04/06 | 2,168.10 | 04/14 | 6,373.95 | 04/20 | 1,143.14 |

Daily Balance continued on next page

PNDMLT03-JOB41762-N01-NNNNNN-002-094164



# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 10-3113-5279 - continued

For the period 04/01/2011 to 04/29/2011
UTILITY LINE SECURITY LLC
Primary account number: 10-3113-5279
Page 2 of 3

## Daily Balance   - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 04/26 | 8,256.20 | 04/28 | 7,233.04 | 04/29 | 5,350.78 |

## Activity Detail

## Deposits and Other Additions

### Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|-------------|--------|-------------------------|---|------------------|
| 04/12 | 7,113.07 | Online Transfer From | 0000001028019031 | UTILITY LINE SE |
| 04/26 | 7,113.06 | Online Transfer From | 0000001028019031 | UTILITY LINE SE |

## Checks and Other Deductions

### Checks and Substitute Checks       * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|
| | | | | 04/05 | 10003 | 1,373.74 | 071047806 | 04/15 | 10007 | 1,475.88 | 076188653 |
| 04/01 | 10000 | 1,023.16 | 508364681 | 04/04 | 10004 | 310.88 | 509250453 | 04/18 | 10008 | 1,373.74 | 076408589 |
| 04/07 | 10001 | 1,023.16 | 509219087 | 04/15 | 10005 | 1,023.17 | 508801066 | 04/20 | 10009 | 280.88 | 507151140 |
| 04/04 | 10002 | 1,475.89 | 071804559 | 04/19 | 10006 | 1,023.17 | H212504712 | 04/28 | 10010 | 1,023.16 | 507264278 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 04/06 | 64.47 | Corporate ACH ADP - Fees ADP Payroll Fees 13Bbn | 000110950100641225 |
| 04/13 | 1.80 | Corporate ACH ADP - Fees ADP Payroll Fees 13Bbn | 000111020061445159 |
| 04/20 | 53.97 | Corporate ACH ADP - Fees ADP Payroll Fees 13Bbn | 000112080062681514 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 04/14 | 1,882.26 | Fed Wire Out 029531 | W0295310414 |
| 04/29 | 1,882.26 | Fed Wire Out 038704 | W0387040429 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 05/02/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/28/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|-------------|--------|--------|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 14 | .00 | Included in Account |
| ACH Debits | 3 | .00 | |
| Checks Paid | 11 | .00 | |
| Wire Out, Voice Init, Non Repetitive | 2 | 50.00 | |
| Wire Transfer Surcharge | 2 | 90.00 | |
| Total For Services Used This Period | | 140.00 | |
| Total Service Charge | | 140.00 | |